UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00207-MOC-DLH

| | | |
|---|---|---|
| **TIMOTHY R. WARD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the consent Motion to Remand. Having considered such motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that on the consent Motion to Remand (#13) is **GRANTED**, and this matter is, in accordance with Sentence Four, **REMANDED** to the Commissioner for further proceedings wherein the administrative law judge (ALJ) will hold a supplemental hearing, assess the nature and severity of the claimant's impairment(s), determine whether the severity of the claimant's condition meets or equals the requirements of a Listing and, if not, determine the limitations that could reasonability have resulted from the claimant's impairment(s), and obtain the testimony of a vocational expert.

Signed: April 27, 2016



Max O. Cogburn Jr
United States District Judge