# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Timothy R. Ward**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00207-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 27, 2016 Order.

April 27, 2016

Frank G. Johns, Clerk
United States District Court